IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS AYALA COLON & SUCRS. INC., <br><br> **Plaintiff,** <br><br> v. <br><br> INTERNATIONAL LONGSHOREMEN ASSOCIATION, LOCAL 1740, <br><br> **Defendant.** | **CIVIL NO. 22-1210(RAM)** |

**JUDGMENT**

On May 19, 2022, Plaintiff Luis Ayala Colón & Sucrs. Inc.'s ("Plaintiff" or "Luis Ayala Colón") and Defendant International Longshoremen Association, Local 1740 (the "Union"), (collectively the "Parties") filed a *Joint Motion Informing Settlement Agreement and Requesting Judgment*. (Docket No. 20). In accordance with the Order granting this request entered on May 20, 2022 (Docket No. 21), judgment is hereby entered **DISMISSING** this action **WITH PREJUDICE** in its entirety, pursuant to the following terms of the Settlement Agreement:

A. The Parties agree to continue to be bound by the terms of the Temporary Restraining Order issued at Docket No. 16, irrespective of its expiration date;

B. The Parties' claims and defenses regarding the events that transpired on May 9, 2022 detailed in the *Complaint*, including Plaintiff's claims regarding attorneys' fees

related to the proceedings before this Court, would be entertained in the arbitral forum.

The terms of the Temporary Restraining Order issued at Docket No. 16 are incorporated herein.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of May 2022.

S/ RAÚL M. ARIAS-MARXUACH<br>United States District Judge